UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-CV-00685-FDW-DCK

| | |
|---|---|
| MARICEL ANGULO GONZALEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| STARK CARPET CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court *sua sponte* regarding the status of this case. Upon review, it appears the Clerk's Office inadvertently entered the Notice to conduct an Initial Attorney's Conference on March 2, 2023, rather than the Notice of Availability of the Pro Se Settlement Assistance Program. In light of Plaintiff Maricel Angulo Gonzalez's *pro se* status, the Court hereby **VACATES** the March 2, 2023, Notice to Conduct an Initial Attorney's Conference within 14 days, and **DIRECTS** the Clerk's Office to enter the Notice of Availability of the Pro Se Settlement Assistance Program.

**IT IS SO ORDERED**.

Signed: March 17, 2023

Frank D. Whitney
United States District Judge

1